ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MARTICA ODILIA LABRIER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

THE MOUNT SINAI HOSPITAL
"BETH ISRAEL HOSPITAL
1ST AVE 16TH ST. NEW YORK 10003"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

CV 16 - 4469
Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

KUNTZ, J.

BLOOM, M.J.



RECEIVED
AUG 09 2016
PRO SE OFFICE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Martila Odilia Labriel_

Street Address _100-11 220 St. Queens Village_

City and County _Queens, Queens County_

State and Zip Code _N.Y. 11429_

Telephone Number _646-474-6994_

E-mail Address _Martilalabriel @ gmail.com._

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _The Mount Sinai Hospital_

Job or Title (if known) _Office of the General Counsel_

Street Address _150 East 42nd Street. Box 1099_

City and County _New York, N.Y_

State and Zip Code _N.Y. 10017_

Telephone Number _____

E-mail Address (if known) _____

Defendant No. 2

Name _Beth Israel Medical Center_

Job or Title (if known) _____

Street Address _1st. Ave at. 16th St._

City and County _New York, N.Y 10003_

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name           BETH ISRAEL MEDICAL CENTER

Street Address   1ST. AVE AT 16TH ST.

City and County   NEW YORK

State and Zip Code   N.Y. 10003

Telephone Number _____

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that
apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you
must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
§§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.

*(Note: In order to bring suit in federal district court under the Americans
with Disabilities Act, you must first obtain a Notice of Right to Sue letter
from the Equal Employment Opportunity Commission.)*

AFTER MY ACCIDENT IN MY FORMER JOB. LONG
I. COLLEGE HOSPITAL. THE INJURY I RECEIVED.
IN MY KNEE, SHOULDER, BACK. MADE ME WORK. A
LITTLE SLOWER THAN BEFORE.

*BUT I DID MY JOB WELL ALSO CARE FOR
THE PATIENT SAFETY.
WHEN BETH ISRAEL HOSPITAL HIRED ME, THE
HAD MY HEALTH RECORD, WICHOD INCLUDED.. THE
ACCIDENT I HAD IN FORMER JOB.*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____


## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☐ Retaliation. *DIRECTOR SAID:*

☐ Other acts *(specify)*: *THAT I AM "SLOW", USELESS, AND NURSES AND PATIENT CARE ASSOCIATES. DON'T WANT ME PART OF THE*
*(Note: Only those grounds raised in the charge filed with the Equal* *ENVIRON MEN* *Employment Opportunity Commission can be considered by the federal* *WORK.* *district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

*NOVEMBER, 05, 2014*
_____

4

C.  I believe that defendant(s) *(check one)*:

    ☒ is/are still committing these acts against me.

    ☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐ race _____

    ☐ color_____

    ☐ gender/sex _____

    ☐ religion _____

    ☐ national origin _____

    ☒ age.  My year of birth is *01-01-1958* *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability *(specify disability)* BECAUSE I WALK SLOW, AFTER MY ACCIDENT IN LONG I COLLEGE HOSPITAL, BUT I DO MY WORK. I CONTINOIMS WORKING.

E.  The facts of my case are as follows.  Attach additional pages if needed.

I WORK IN THE HEALTH CARE FIELD 35 YEARS. HOME ATTENDANT, DIETARY, NURSE ASSISTANT, SURGICAL TECH. I GIVE COMPLAINT THAT I, I FILL DISCRIMINATION FOR MY AGE. BUT I UNDERS. THAND, NO ONLY FOR THAT. BECAUSE I CALL THE SURGEON ATTENTION, PREVENTING TO USE UNSTERILE DEVICE ON THE PATIENT. AND HE REPORT ME TO DIRECTOR BEATA MASTARIes. HE TOLD ME HE DID. AND SHE TWO DAYS AFTER. TAKE ME TO HER OFFICE, CLOSED DOOR, AND TRATE ME NEGATIVELY WAY. I COMPLAINT. TO SUPERIORS THEY IGNORE ME.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

On November 3, 2014, I was assigned to work in room 8 in the Operating Room for a colostomy reversal cystoscopy case with Doctor Cai Steven and the Circulator Nurse, Ms. Robinson. When she went to lunch, another nurse, named Emmy, relieved her. The incident occurred when Emmy opened a disposable device for EEA manipulator and one of the small attachments flew to the ground. The surgeon said he is not going to need it and she told him to flush for 3 minutes in Autocleve. In the last minute, he was asking for the small device attachment and we reminded him that it breaks sterile procedure because it was on the floor. He told the circulator nurse to pick it up from the floor and clean with the alcohol pads because he was going to use it. He stated it was dirty case, and I said " it has germs".

He faced me and asked if I knew about the case and I did not answer him. The Circulator Nurse answered him and said "She is a veteran". She gave a small attachment to the Resident, he tried to attach to the manipulator, but he said it was too loose. The surgeon started to get upset and told the Circulator Nurse to go to the supplies room to bring another one. She brought it and I inserted it in a proper manner. I gave it to the resident, because they were in the process of colon reattachment to the rectum anus. However, the resident had a problem to manage the manipulator and the nurse went to the next room to call the doctor Surick, Bartton and he did a rectal procedure. My coworker relived me and I went to lunch.

When I returned from lunch, I was preparing for the next hernia case. The doctor, Cai Steven, came to the room to tell me in front of Ms. Robinson the Circulator Nurse that he felt so sorry that he had went to the office to report to the manager, that him and me need in service. I stated, maybe only he needed the in service because I thought he made a big mistake of trying to use the device that was picked up from the floor without his sterilization and it could have caused complications in the patient's recovery. I was not aware of the report he gave against me. Two days after the issue (11/5), I was waiting for my assignment when the director, Beata Mastalerz told me to follow her to her office because she wanted to speak with me. When I got there, she started yelling and told me that all the nurses don't want to work with me because I'm slow (I was surprised because I was covering my shift and was expected to work overtime in order to cover specific cases), and the surgeon gave a complaint about me but she would not tell me the report. She told me I said I know how to work on spine cases, but I asked her which person had stated that because she had my resume on which cases I know how to do. She would not answer me.

She ended up firing me unfairly, took my ID, did not explain anything or made clear on who reported complaints, and did not give me the chance to call any 1199 delegate to witness the ordeal. I returned the lab coat without signing because I did not have the ID. I have been in the healthcare field for 33 years: eight years as a home attendant, seven years nutrition food service, six years as nurse assistant; and thirteen years and six months as a surgical technician at Long Island College Hospital in Brooklyn, NY. I had lost my job at Long Isiand College Hospital due to a layoff. Within my years in health care, I have never had an experience like this. I was never treated as negatively as of what occurred on Nov. 5 at Mount Sinai-Beth Israel Hospital in Manhattan.

Sincerely,

Martilla Labriel
Surgical Tech.

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_NOV. 05 - 2014_

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*

_JUNE, 23 - 2016_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AFFECTED MY FINANCIAL SUPPORT FOR MY FAMILY. AFFECTED MY PROFESSIONAL DEVELOPMENT. AND AFFECTED MY HEALTH AFTER INTIMIDATIONS. AND I WANT LETTER OF APOLOGY FROM THIS INSTITUTION. AND PAY FOR.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _08-09_, 20_16_

Signature of Plaintiff _____

Printed Name of Plaintiff _MARTILO O. LABRIEL_

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Martila O. Labriel
100-11 220th St., P.H.
Queens Village, NY 11429

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2016-00730 | Holly M. Woodyard,<br>State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Kevin J. Berry,
District Director

JUN 2 3 2016
(Date Mailed)

Enclosures(s)

cc:
Attn: Rebecca Berkebile, Asst. Gen. Counsel
THE MOUNT SINAI HOSPITAL
Office of the General Counsel
150 East 42nd Street Box 1099
New York, NY 10017